# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

MARQUIS MOSLEY                          :

     Petitioner                         :        CIVIL ACTION NO. 3:15-0334

v.                                      :              (JUDGE MANNION)

                                            :

Supt. ROBERT GILMORE,

     Respondent                        :

                                            :

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

2. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. §2253(c).

3. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: November 10, 2020**
15-0334-01-ORDER